UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF ALAN L. ZEGAS**
60 Morris Turnpike, 3rd Floor West
Summit, New Jersey 07901
(O) 973-379-1999
(F) 973-379-1998
Attorneys for Defendant, Reyad Salahaldeen
Attorney I.D. 02133-1981

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL ACTION |
| Plaintiff, | Criminal No.: 20-CR-839 (MAS) |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| **REYAD SALAHALDEEN, et al.** | |
| Defendant. | |

Hassan Elkhalil, Esq., Elkhalil Law, P.C., attorney for Defendant Reyad Salahaldeen, hereby consents to the substitution of the Law Offices of Alan L. Zegas, as new attorneys for Mr. Salahaldeen.

**ELKHALIL LAW, P.C.**                          **LAW OFFICES OF ALAN L. ZEGAS**

_____                    _____
Hassan Elkhalil                                            Alan L. Zegas
Withdrawing Attorney                                New Attorneys for Reyad Salahaldeen

Dated:                                                             Dated: OCTOBER 27, 2021